IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN MCPHERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:10-0050 |
| ) | Judge Trauger |
| SMITH COUNTY, TENNESSEE, ) | |
| CARTHAGE, TENNESSEE, STEVE BABCOCK, ) | |
| individually and in his official capacity, and ) | |
| BRETT DAVIS, individually and in his official ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

The plaintiff's Motion For An Extension to Serve Process (Docket No. 18) is **GRANTED**. It is hereby **ORDERED** that, pursuant to Rule 4(m), FED. R. CIV. P., the plaintiff is granted an extension until January 31, 2011 within which to serve process upon defendant Steve Babcock.

It is so **ORDERED**.

ENTER this 22nd day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge