# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN MCPHERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:10-0050 |
| | ) | Judge Trauger |
| SMITH COUNTY, TENNESSEE, | ) | |
| CARTHAGE, TENNESSEE, STEVE BABCOCK, | ) | |
| individually and in his official capacity, and | ) | |
| BRETT DAVIS, individually and in his official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The initial case management conference was held in this case on November 23, 2010. Criminal charges are still pending against the plaintiff. Therefore, the parties are in agreement that this case shall be **STAYED**, with the exception of the plaintiff continuing to make efforts to serve defendant Babcock and the plaintiff furnishing medical records supporting the injuries suffered by the plaintiff during his arrest.

At the conclusion of the criminal matter, the parties shall either file a motion for a follow-up case management conference to set new deadlines or file for the court's consideration a proposed agreed case management order with revised dates, from which the court will set the trial date.

It is so **ORDERED**.

ENTER this 23rd day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge